IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| BARBARA DOLLARHIDE, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:14CV00196 SWW |
| | * |
| USABLE LIFE, | * |
| | * |
| Defendant. | * |

## Judgment

Consistent with the Opinion and Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.  The relief requested is DENIED.

IT IS THEREFORE ORDERED  this 20th  day of October, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE